

# THE THIRTEENTH COURT OF APPEALS

## 13-19-00515-CV

Daniel Campos and Ivonne C. Munoz
v.
Jaime Garza Elizondo and Maria De Lourdes Montemayor Salinas

On Appeal from the
398th District Court of Hidalgo County, Texas
Trial Cause No. C-2275-15-I

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the appeal should be dismissed. The Court orders the appeal DISMISSED in accordance with its opinion. Costs of the appeal are adjudged against appellants, Daniel Campos and Ivonne C. Munoz.

We further order this decision certified below for observance.

December 5, 2019